IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RAYMOND HANKINS, JR.                                    PLAINTIFF

vs.                        Civil No. 6:14-cv-06025

CAROLYN COLVIN                                    DEFENDANT
Commissioner, Social Security Administration

**JUDGMENT**

Comes now the Court on this the 25th day of February 2015, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE